UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**UNITED STATES**

    Appellant                              **No. 21-4541**

    vs.                                   (District Court No. 1:17-cr-00667)

**CLIFTON MOSLEY**

    Appellee

**NOTICE OF CHANGE OF ADDRESS
OF COUNSEL FOR APPELLANT**

**CLIFTON MOSLEY,** appellant herein, by undersigned counsel, hereby advises this honorable Court and the parties hereto of a change of address for undersigned counsel, effective immediately.

NEW ADDRESS:      Richard S. Stolker, Esquire
                              Suite 433
                              12154 Darnestown Road
                              Gaithersburg, Maryland 20878

Email (rstolker@stolker.com) and telephone (301-294-9500) are unchanged.

                                                 /s/ Richard S. Stolker
                                                 _____
                                                 RICHARD S. STOLKER
                                                 Maryland Federal Bar No. 00259
                                                 Suite 433, 12154 Darnestown Road
                                                 Gaithersburg, Maryland  20878
                                                 Telephone 301-294-9500
                                                 Email: rstolker@stolker.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 26, 2024 a copy of the foregoing **NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR APPELLANT** was served via the Court's electronic noticing system, to the following:

Aaron Simcha Jon Zelinsky, Esquire
Kim Yon Hagan, Esquire
Sandra Wilkinson, Esquire
Assistant United States Attorneys
36 South Charles Street, 4th floor
Baltimore, Maryland 21201

and by U.S. Mail, first class postage prepaid, to:

Mr. Clifton Mosley #34159-037
USP Hazelton Federal Penitentiary
P.O. Box 2000
Bruceton Mills, West Virginia 26525

/s/ Richard S. Stolker
_____
RICHARD S. STOLKER