# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

Case No. 21-4541

    v.

CLIFTON MOSLEY

    Defendant-Appellant.

## JOINT MOTION FOR LEAVE
## TO EXCEED JOINT APPENDIX LENGTH LIMITATIONS

Appellant Clifton Mosley, by and through undersigned counsel, and the United States Attorney for the District of Maryland, counsel for Appellee, jointly file this Motion for leave for Appellant to file an overlength Joint Appendix for the following reasons:

1. The Joint Appendix, when completed, including entries by both parties, will be approximately 2,500 pages in length. Pursuant to Local Rule 32(a), that exceeds the 500-page limit.

2. The Joint Appendix consists of excerpts from a pretrial hearing and the testimony of government witnesses at trial, together with approximately 580 pages of government exhibits, as well as the indictment, trial docket, and other required documents.

3. Appellant and Appellee have coordinated to agree upon the contents of the Joint Appendix. In order to contain the contents required by Federal Rule of Appellate Procedure 30(a)(1) and Local Rule 30(b) and to provide a useful reference for the Court and the parties, the Joint Appendix must exceed Local Rule 32(a)'s 500-page limit for reimbursement of copy expenses for a Joint Appendix in a court-appointed case.

4. Accordingly, for the foregoing reasons, Appellant and Appellee respectfully request leave to file an overlength Joint Appendix, consisting of approximately 2,500 pages.

Respectfully submitted,

/s/ Richard S. Stolker
Richard S. Stolker
12154 Darnestown Road
Unit 433
Gaithersburg, Maryland 20878
Telephone 301-294-9500
Email: rstolker@stolker.com

/s/ Kim Y. Hagan
Kim Y. Hagan
Office of the United States Attorney
36 South Charles Street, 4th floor
Baltimore, MD 21201
Telephone 410-209-4944
Email: kim.hagan@usdoj.gov