IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 21-4541 |
| | ) | |
| CLIFTON MOSLEY | ) | |

**UNITED STATES OF AMERICA'S MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE BRIEF**

The United States of America, by its undersigned attorneys, and with the consent of the Defendant, hereby moves the Court to extend the time for filing the government's response brief to and including February 17, 2025, and in support whereof states as follows:

1. The defendant in this case was convicted of: (1) conspiracy to murder a witness, in violation of 18 U.S.C. § 1513(f); (2) aiding and abetting the murder of a witness, in violation of 18 U.S.C. § 1513(a)(1)(B); (3) conspiracy to engage in witness tampering, in violation of 18 U.S.C. § 1512(k); (4) aiding and abetting witness tampering, in violation of 18 U.S.C. § 1512(a)(1)(A); and (5) distribution of marijuana, in violation of 21 U.S.C. § 841(a). ECF 209. He was sentenced to life in prison. *Id.*

2. On November 25, 2024, the defendant filed his opening brief in this

appeal. Appellate ECF 49.

3. Undersigned counsel was assigned to this matter in December 2024. Undersigned counsel seeks additional time to review the lengthy trial record (the joint appendix spans more than 2500 pages) and draft the response. Additionally, because of the press of numerous other matters before this Court (including an oral argument slated for January 29, 2025) and the District Court, undersigned counsel will not be in a position to finalize the government's response brief by the current deadline.

4. Accordingly, the government respectfully requests a 30-day extension of time from the current deadline, which would make the government's response brief due on or before February 17, 2025.

5. Counsel for the defendant graciously indicated via email that he does not object to the requested extension of time.

Wherefore, the government respectfully requests that the Court will grant this motion and extend the time for filing its response brief up to and including February 17, 2025.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: __/s/_____
Jason D. Medinger
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of January, 2025, a copy of the foregoing Motion for Extension of Time was filed via CM/ECF, and was thereby served upon counsel of record for the defendant.

                                                /s/
                                         Jason D. Medinger
                                         Assistant United States Attorney